1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102
   Telephone:    (415) 436-6909
   Facsimile:    (415) 436-6748
   Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER E. PATRICK, ) | No. C 05-3280 MHP |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| v. ) | |
| R. JAMES NICHOLSON, ) | |
| Defendant. ) | |

STIPULATION
C 05-3280 MHP                                    -1-

1  The parties stipulate that plaintiff Lester E. Patrick will not make a claim for emotional
2  distress damages at trial.
3  The parties request that the Court enter the attached proposed order.
4  **IT IS SO STIPULATED.**
5  DATED: November 16, 2007                    LESTER E. PATRICK, Plaintiff In Propria Persona

                                              _____
7                                             LESTER E. PATRICK

9  DATED: November 16, 2007                   SCOTT N. SCHOOLS
10                                            United States Attorney

                                              _____
12                                            JONATHAN U. LEE
                                              Assistant United States Attorney
13                                            Attorneys for Defendant Nicholson

15 **APPROVED AND SO ORDERED.**

17 DATED: 11/20/2007                          _____
18                                            The Hon. MARILYN HALL PATEL
                                              United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel