1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, 9th Floor
5  San Francisco, California 94102
   Telephone:     (415) 436-6909
6  Facsimile:     (415) 436-6748
   Email: jonathan.lee@usdoj.gov
7

**FILED**

DEC 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  LESTER E. PATRICK,              )   No. C 05-3280 MHP
                                    )
12       Plaintiff,                 )   **STIPULATION AND ~~PROPOSED~~**
                                    )   **ORDER REGARDING PRETRIAL**
13  v.                              )   **DEADLINES**
                                    )
14  R. JAMES NICHOLSON,             )
                                    )
15       Defendant.                 )
                                    )
16                                  )
                                    )
17  _____  )

STIPULATION
C 05-3280 MHP                -1-

| | | |
|---|---|---|
| 1 | Subject to the approval of the Court, the parties stipulate as follows: | |
| 2 | The parties have agreed to new dates for certain pretrial deadlines. The trial date and date | |
| 3 | for final pretrial conference are not effected by this stipulation. | |
| 4 | The existing deadlines are: | |
| 5 | Final date for dispositive motions: | 2/25/08 at 2:00 p.m. |
| 6 | Disclosure of Non expert witnesses (case in chief): | 11/30/07 |
| 7 | Discovery closure: | 12/31/07 |
| 8 | Disclosure of expert witnesses and report: | 1/31/08 |
| 9 | Completion of all discovery: | 2/28/08 |

Plaintiff Lester Patrick requested a 45 day extension on discovery. The parties have met and conferred and agreed to modify the deadlines as follows:

| | |
|---|---|
| Final date for dispositive motions: | 3/31/08 at 2:00 p.m. |
| Disclosure of Non expert witnesses (case in chief): | 1/14/08 |
| Discovery closure: | 2/14/08 |
| Disclosure of expert witnesses and report: | 3/7/08 |
| Completion of all discovery: | 3/25/08 |

**IT IS SO STIPULATED.**

DATED: December 17, 2007          LESTER E. PATRICK, Plaintiff

_____
LESTER E. PATRICK

DATED: December 17, 2007          SCOTT N. SCHOOLS
United States Attorney

_____
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant Nicholson

STIPULATION
C 05-3280 MHP                               -2-

**APPROVED AND SO ORDERED.**

DATED: 12/17/07

The Hon. MARILYN HALL PATEL
United States District Court Judge

STIPULATION
C 05-3280 MHP                      -3-