1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10
   LESTER E. PATRICK,              )   No. C 05-3280 MHP
11                                 )
           Plaintiff,               )   **STIPULATION AND ~~PROPOSED~~**
12                                 )   **ORDER**
           v.                       )
13                                 )
   R. JAMES NICHOLSON,             )
14                                 )
           Defendant.               )
15                                 )
                                   )
16                                 )
                                   )
17  _____)

Subject to the approval of the Court, the parties stipulate that the Status Conference will be rescheduled to December 17, 2007 at 3:00 p.m.

**IT IS SO STIPULATED.**

DATED: December 10, 2007         LESTER E. PATRICK, Plaintiff


                                 /s/
_____
                                 LESTER E. PATRICK


DATED: December 11, 2007         SCOTT N. SCHOOLS
                                 United States Attorney

                                 /s/
_____
                                 JONATHAN U. LEE
                                 Assistant United States Attorney
                                 Attorneys for Defendant Nicholson

**APPROVED AND SO ORDERED**.

DATED: 12/17/2007
                                 The Hon. MARILYN H. PATEL
                                 United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)