IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER PATRICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. JAMES NICHOLSON,<br><br>　　　　Defendant.<br>_____ / | No. CV 05-03280 MHP<br><br>**JUDGMENT IN A CIVIL CASE** |

　　( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS SO ORDERED AND ADJUDGED** that defendant's motion for summary judgment is granted, defendant's motion to strike is denied, and plaintiff's motions to compel/stay are denied;

Dated: May 16, 2008　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　*AllBowser*

　　　　　　　　　　　　　　　　　　　　　　　　　By: Anthony W. Bowser
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk