UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESTER E. PATRICK,

    Plaintiff(s),

vs.

DEPARTMENT OF VETERANS AFFAIRS,

    Defendant(s).

No. C 05-3280 MHP

**ORDER STAYING COLLECTION OF COSTS**

Plaintiff has moved to stay the collection of costs taxed against him in this action pending his ongoing appeal. While the court notes that this order in no way not reflects this court's opinion as to the merits of plaintiff's appeal, in the interest of justice,

IT IS HEREBY ORDERED that plaintiff's motion to stay the collection of costs taxed in this action is GRANTED pending appeal.

Date: March 2, 2009

MARILYN HALL PATEL
United States District Court
Northern District of California